NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIESCHEN L. ROWE,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3186

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100744-B-1.

---

**ON MOTION**

---

## O R D E R

Lieschen L. Rowe moves for leave to proceed in forma pauperis.

The court notes that Rowe's appeal was dismisssed on September 27, 2012 for failure to pay the fee. Rowe filed an incomplete motion for leave to proceed in forma pauperis on October 4, 2012, and a motion to reopen the appeal on October 15, 2012. Rowe has not submitted

LIESCHEN ROWE v. ARMY                                                2

Federal Circuit Form 6, which is required by this court for such motions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is denied without prejudice to Rowe's refiling a motion for leave to proceed in forma pauperis along with a completed Federal Circuit Form 6. Rowe's motion is due within 21 days of the date of filing of this order.

(2) The motion to reopen the appeal is denied without prejudice.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s24